UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

Civ. File No. 08-5494 (PAM/FLN)

DAVID LABORDE, as Chairman and
RON HOCKIN, as Secretary of the
Minnesota Teamsters Construction Division
Pension Fund and their successors,

        Plaintiffs,

vs.

                                          **ORDER FOR DISMISSAL**

CHARLES R. GLEASON COMPANY, INC.

        Defendant.

_____

       Pursuant to the Stipulation of the Parties, the above entitled matter is hereby dismissed with prejudice and without costs to either party.


Dated: June 16, 2009               s/Paul A. Magnuson_____
                                  The Honorable Paul A. Magnuson
                                  United States District Court